# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX FELIX YANEZ DAYYAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF FEDERAL OF PRISONS,<br><br>Respondent. | Case No. 1:25-cv-00818-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION TO STAY<br><br>(ECF No. 10) |

Petitioner is a federal prisoner proceeding pro se with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 22, 2025, Respondent filed a motion for a stay of briefing in this matter because "the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed." (ECF No. 10 at 1.) "Absent an appropriation, Department attorneys and employees of the BOP (Western Regional Office) are generally prohibited from working[1], even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" (Id. (footnote in original) (quoting 31 U.S.C. § 1342).)

///

---

[1] BOP attorneys and support staff are not permitted to work on any civil habeas matters during the government shutdown and have so advised the U.S. Attorney's Office. They are mostly furloughed, running minimal staff to handle only urgent matters of a criminal nature.

1

The Court HEREBY GRANTS Respondent's motion to stay (ECF No. 10) and STAYS the briefing in this matter. However, if Petitioner opposes the stay, Petitioner may file an opposition and the Court will reconsider whether a stay is appropriate.

IT IS SO ORDERED.

Dated:   **November 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2